UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO.8:07-CV-02288-T-23MSS

KASEY NEWSOM,

        Plaintiff,

v.

PARAGON CAPITAL PARTNERS, LLC, a
Florida limited liability company;
SANTOSH GOVINDARAJU;
PAUL BERAQUIT; SACHIN PATEL; and
PINELLAS MOBILE HOME PARKS, LLC, a
Florida limited liability company,

        Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RULE 68 OFFER AND ACCEPTANCE OF JUDGMENT

      Plaintiff, KASEY NEWSOM, by and through undersigned counsel, and pursuant to Rule 68 Fed.R.Civ.P. hereby notifies the Court and the Clerk of the Court, respectively, of his ACCEPTANCE of the Defendants' Offer of Judgment Pursuant to Rule 68, Fed.R.Civ.P. The Defendants' Rule 68 Offer of Judgment is attached hereto as **Exhibit "A"**. The Plaintiff's original acceptance is attached hereto as **Exhibit "B"**. Pursuant to Rule 68, the Plaintiff respectfully requests that the Clerk of the Court enter judgment in his favor, and against the Defendants.

                                              Respectfully submitted,
                                              BOBER & BOBER, P.A.
                                              Attorneys for Plaintiffs
                                              1930 Tyler Street
                                              Hollywood, Florida  33020
                                              Telephone: (954) 922-2298
                                              Facsimile: (954) 922-5455

                                              s/. Peter Bober_____

                                    PETER BOBER
                                    FBN: 0156248

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner (by mail) for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                    _s/. Peter Bober_____
                                    PETER BOBER

**SERVICE LIST**

Peter J. Bober, Esq.
Samara Robbins Bober, Esq.
BOBER & BOBER, P.A.
Attorneys for Plaintiff
1930 Tyler Street
Hollywood, FL 33020
Phone: (954) 922-2298
Fax: (954) 922-5455
Peter@boberlaw.com
Samara@boberlaw.com
Attorneys for Plaintiff

Mary Li Creasy, Esq.
FBN: 888310
mcreasy@slk-law.com
101 East Kennedy Boulevard – Suite 2900
Tampa, Florida  33602
Phone: (813) 229-7600
Fax: (813) 229-1660
Attorney for Defendants