UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KASEY NEWSOM,

               Plaintiff,          CASE NO.    8:07-cv-002288-T-23MSS

vs.

PARAGON CAPITAL PARTNERS, LLC;
SANTOSH GOVINDARAJU; PAUL BERAQUIT;
SACHIN PATEL; and PINELLAS MOBILE
HOME PARKS, LLC,

               Defendants.

_____/

## <u>RULE 68 OFFER OF JUDGMENT</u>

Defendants, Paragon Capital Partners, LLC, Santosh Govindaraju, Paul Beraquit, Sachin Patel and Pinellas Mobile Home Parks, LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby serve this Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, and say:

1.     The parties making this Offer are the Defendants and the party to whom this Offer is being made is Plaintiff, Kasey Newsom ("Newsom").

2.     The claims this Offer is attempting to resolve include any and all of the claims brought by Plaintiff against Defendants in the litigation styled, <u>Kasey Newsom v. Paragon Capital Partners, LLC, Santosh Govindaraju, Paul Beraquit, Sachin Patel and Pinellas Mobile Home Parks, LLC</u>, In The United States District Court, Middle District of Florida, Tampa Division, Case No. 8:07-cv-002288-SDM-MSS (the "Litigation").

3.     This Offer is conditioned upon Plaintiff dismissing the Litigation with prejudice.

4.     The total amount of this Offer is $5,000.00, inclusive of attorneys' fees and costs. The judgment in favor of Plaintiff is to be allocated among the Defendants as follows: $4,000.00

as to Paragon Capital Partners, LLC and $250.00 each as to Santosh Govindaraju, Paul Beraquit, Sachin Patel and Pinellas Mobile Home Parks, LLC.

     5.     No amount is being proposed to settle a claim for punitive damages.

     6.     This Offer includes attorneys' fees and costs which are part of the legal claim.

     7.     Plaintiff shall be on notice that in the event this Offer is not accepted and Plaintiff receives a judgment which is equal to or less than the amount offered, he will be responsible for the costs incurred subsequent to the receipt of this Offer.

     8.     This Offer of Judgment is made for the purposes specified in Rule 68, and, if not accepted, is not admissible as evidence that Defendants are liable in this action or that Plaintiff has suffered any damages.

SHUMAKER, LOOP & KENDRICK, LLP

By _____

MARY LI CREASY, ESQ.
Florida Bar No. 888310
W. JAN PIETRUSZKA, ESQ.
Florida Bar No. 0188794
101 East Kennedy Boulevard – Suite 2800
Tampa, Florida 33602
PH:   (813)229-7600
FAX:  (813)229-1660
Attorneys for Defendants

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by e-mail and U.S. Mail on this 8th day of July 2008 to Peter Bober, Esq., 1930 Tyler Street, Hollywood, Florida 33020.

_____
ATTORNEY