UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CASE NO.8:07-CV-02288-T-23MSS

KASEY NEWSOM,

      Plaintiff,

v.

PARAGON CAPITAL PARTNERS, LLC, a
Florida limited liability company;
SANTOSH GOVINDARAJU;
PAUL BERAQUIT; SACHIN PATEL; and
PINELLAS MOBILE HOME PARKS, LLC, a
Florida limited liability company,

      Defendants.
_____/

### PLAINTIFF'S ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Plaintiff, KASEY NEWSOM, gives notice that he accepts Defendant's Offer of Judgment.

                                                           _____, Attorney-in-Fact
                                                           KASEY NEWSOM

### CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner (by mail) for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                           s/. Peter Bober
                                                           PETER BOBER

**SERVICE LIST**

Peter J. Bober, Esq.
Samara Robbins Bober, Esq.
BOBER & BOBER, P.A.
Attorneys for Plaintiff
1930 Tyler Street
Hollywood, FL 33020
Phone: (954) 922-2298
Fax: (954) 922-5455
Peter@boberlaw.com
Samara@boberlaw.com
Attorneys for Plaintiff

Mary Li Creasy, Esq.
FBN: 888310
mcreasy@slk-law.com
101 East Kennedy Boulevard – Suite 2900
Tampa, Florida 33602
Phone: (813) 229-7600
Fax: (813) 229-1660
Attorney for Defendants