UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KASEY NEWSOM,

      Plaintiff,

v.                                                              CASE NO: 8:07-cv-2288-T-23MSS

PARAGON CAPITAL PARTNERS, LLC, et al.,

      Defendants.

_____/

## **ORDER**

Rule 68, Federal Rules of Civil Procedure, authorizes a party defending against a claim to serve upon an opposing party "an offer to allow judgment on specified terms, with the costs then accrued."  Rule 68 requires the clerk to enter a judgment if "within 10 days after being served, the opposing party serves written notice accepting the offer," and either party "file[s] the offer and notice of acceptance, plus proof of service."

On July 8, 2008, the defendants served (Doc. 23, Ex. A) upon the plaintiff, Kasey Newsom, an offer of judgment in the amount of $5,000.00, inclusive of attorney's fees and costs. "The judgment in favor of the Plaintiff is to be allocated among the Defendants as follows:  $4,000.00 as to Paragon Capital Partners, LLC and $250.00 each as to Santosh Govindaraju, Paul Beraquit, Sachin Patel and Pinellas Mobile Home Parks, LLC."  On July 11, 2008, the plaintiff's counsel served (Doc. 23, Ex. B) written notice of the plaintiff's acceptance of the defendants' offer of judgment.  The plaintiff files (Doc. 23) the offer of judgment, notice of acceptance, and proof of service.

The Clerk is directed to enter a judgment in favor of the plaintiff, Kasey Newsom, and against each defendant.  Paragon Capital Partners, LLC, shall pay the plaintiff $4,000.00, and Santosh Govindaraju, Paul Beraquit, Sachin Patel, and Pinellas Mobile Home Parks, LLC, shall each pay the plaintiff $250.00.  After entry of the judgment, the Clerk is directed to terminate any pending motion and close the case.

ORDERED in Tampa, Florida, on July 18, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE