UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KASEY NEWSOM,

                Plaintiff,      CASE NO.    8:07-cv-002288-T-23MSS

vs.

PARAGON CAPITAL PARTNERS, LLC;
SANTOSH GOVINDARAJU; PAUL BERAQUIT;
SACHIN PATEL; and PINELLAS MOBILE
HOME PARKS, LLC,

                Defendants.
_____/

## SATISFACTION OF JUDGMENT

**COMES NOW**, the Plaintiff, Kasey Newsom, by and through his undersigned counsel, and hereby acknowledges that the Judgment entered in this action in favor of the Plaintiff and against Defendants, Paragon Capital Partners, LLC, Santosh Govindaraju, Paul Beraquit, Sachin Patel, and Pinellas Mobile Home Parks, LLC, having been paid in full, in the amount of $5,000.00, inclusive of attorney's fees and costs and allocated against Paragon Capital Partners, LLC, in the amount of $4,000.00 and against Pinellas Mobile Home Parks, LLC, Paul Beraquit, Sachin Patel, and Santosh Govindaraju in the amount of $250.00 each, is satisfied this _11_ day of _Aug_, 2008. The Plaintiff consents that the same shall be satisfied of record.

                                        Respectfully submitted,

                                        BOBER & BOBER, P.A.

                                        _____
                                        PETER J. BOBER, ESQ.
                                        Florida Bar No. 0122955
                                        1930 Tyler Street
                                        Hollywood, Florida 33020
                                        PH:    (954)922-2298
                                        FAX:  (954)922-5455
                                        E-mail: Peter@boberlaw.com
                                        Attorneys for Plaintiff

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me this 11th day of August 2008, by Peter J. Bober, in his capacity as the attorney for Plaintiff, Kasey Newsom, who is personally known to me.



ALMA M. HOWINGTON
MY COMMISSION # DD 483407
EXPIRES: October 19, 2009
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11 day of August 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Mary Li Creasy, Esq., 101 East Kennedy Boulevard, Suite 2800, Tampa, Florida, 33602.

_____
ATTORNEY

SLK_TAM: #1031173v1

2